UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11816
   HAROLD REEVES JR

                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1587

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 07/02/2007 and was confirmed 09/12/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was dismissed after confirmation 12/19/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1149.89 | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL CREDIT SERVICE | UNSECURED | 200.00 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 185.54 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 525.00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 13712.18 | .00 | .00 |
| ZAVETTA MONIQUE REEVES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 120.60 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 311.21 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 3,059.00 | | 93.60 |
| TOM VAUGHN | TRUSTEE | | | 6.40 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 100.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |

               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11816 HAROLD REEVES JR

```
UNSECURED                                          .00
ADMINISTRATIVE                                   93.60
TRUSTEE COMPENSATION                              6.40
DEBTOR REFUND                                      .00
                        ----------------  ----------------
TOTALS                        100.00            100.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                               /s/ Tom Vaughn
                               _____
    Dated: 03/27/08
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```